IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JACK ESKENAZI<br>d/b/a AMERICAN HEALTHCARE CAPITAL<br><br>Plaintiff,<br><br>v.<br><br>RURAL COMMUNITY HOSPITALS OF<br>AMERICA, LLC, EMPOWER HEALTHCARE,<br>LLC, RURAL HEALTH PARTNERS, LLC,<br>PAUL L. NUSBAUM and JORGE PEREZ,<br><br>Defendants. | CIVIL ACTION NO.:<br><br>4:18-cv-00307-SRB |

**MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANTS RURAL COMMUNITY HOSPITALS OF AMERICA, LLC, EMPOWER HEALTHCARE, LLC, RURAL HEALTH PARTNERS, LLC, PAUL L. NUSBAUM AND JORGE PEREZ, OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT**

**COME NOW** Defendants Rural Community Hospitals of America, LLC, Empower Healthcare, LLC, Rural Health Partners, LLC, Paul L. Nusbaum and Jorge Perez ("Defendants"), by and through counsel, and hereby move for an Order dismissing Plaintiff's First Amended Complaint [Doc. #31] pursuant to Fed. R. Civ. P. 12(b)(2), Fed. R. Civ. P. 12(b)(3) and Fed. R. Civ. P. 12(b)(6), and/or for a more definite statement pursuant to Fed. R. Civ. P. 12(e). Defendants' Suggestions in Support of this Motion to Dismiss are contemporaneously filed herewith.

WHEREFORE, Defendants respectfully request this Court to grant the relief requested herein, together with such other and further relief the Court deems just, proper and equitable under the circumstances.

Respectfully submitted,

CHAPMAN AND COWHERD, P.C.

By: */s/ Lauren A. Horsman*
Lauren A. Horsman – Mo Bar No. 60982
903 Jackson – P.O. Box 228
Chillicothe, MO 64601
Telephone: 660-646-0627
Telefax: 660-646-1105
E-mail: lhorsman@ccttlaw.com
ATTORNEY FOR DEFENDANTS
RURAL COMMUNITY HOSPITALS OF
AMERICA, LLC, EMPOWER
HEALTHCARE, LLC, RURAL HEALTH
PARTNERS, LLC, PAUL L. NUSBAUM
AND JORGE PEREZ


FMS Lawyer PL

By: */s/ Frank Smith*
Frank Smith – FL Bar No. 069681
9900 Stirling Road, Suite 226
Cooper City, FL 33024
Telephone: 954-985-1400
Telefax: 954-241-6947
Email: frank.smith@fmslawyer.com
ATTORNEY FOR DEFENDANTS
RURAL COMMUNITY HOSPITALS OF
AMERICA, LLC, EMPOWER
HEALTHCARE, LLC, RURAL HEALTH
PARTNERS, LLC, PAUL L. NUSBAUM
AND JORGE PEREZ
*Petition for Admission Pro Hac Vice pending*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, a true copy of the foregoing to be furnished via CM/ECF to all counsel of record.

*/s/ Lauren A. Horsman*